UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Lydia Yolanda Thompson**,

Soc. Sec. No. xxx-xx-4301
Mailing Address: 1977 Riverwalk Drive, Graham, NC 27253-

Debtor.

Case No.: 25-10886

Chapter 13

# AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 12/21/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Reprise Financial
C/O Ct Corporation System
Attn: Officer
160 Mine Lake Court
Suite 200
Raleigh, NC 27615

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/21/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Acima Credit
9815 S Monroe Street
4th Floor
Sandy, UT 84070

Affirm, Inc. ***
Attn: Bankruptcy Notice
30 Isabella Street, Floor 4
Pittsburgh, PA 15212

Alamance County Tax Collector
124 West Elm Street
Graham, NC 27253

Apple Card - Goldman Sachs Bank USA
Lockbox 6112
Post Office Box 7247
Philadelphia, PA 19170-6112

Best Buy Credit Services ***
c/o Citibank, N.A
Post Office Box 790441
Saint Louis, MO 63179

Capital One *****
Post Office Box 85015
Richmond, VA 23285-5075

Conns Credit Corp **
Attn: Officer
3295 College Street
Beaumont, TX 77701-4611

Fortiva Card Servicing
Correspondence
Post Office Box 105555
Atlanta, GA 30348-5555

Harley Davidson Credit Corp**
Attn: Officer
Post Office Box 22048
Carson City, NV 89721-2048

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC**
Post Office Box 772813
Chicago, IL 60677-2813

Klarna Inc.*
Attn: Klarna Credit
Post Office Box 8116
Columbus, OH 43201

LoanDepot.com LLC
ATTN: Officer
6561 Irvine Center Drive
Irvine, CA 92618

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

National Debt Relief, LLC
180 Maiden Lane
30th Floor
New York, NY 10038

Navy Federal Credit Union***
ATTN Officer
820 Follin Lane SE
Vienna, VA 22180

OneMain Baltimore *
100 International Drive
16th Floor
Baltimore, MD 21202-4673

Reprise Financial
c/o CT Corporation System, Reg Agent
ATTN Officer
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Reprise Financial
Attn: Officer
500 E John Carpenter Fwy Ste 300
Irving, TX 75062

Riverwalk Townhomes Two Owners Assoc.
ATTN: Officer
c/o Ned L. Pierce, Reg Agent
3215 Hobbs Landing Court
Greensboro, NC 27410

Sunbit
10940 Wilshire Blvd Ste 1850
Los Angeles, CA 90024

| | | |
|---|---|---|
| Synchrony Bank (Amazon)<br>Attn: Bankruptcy Dept.<br>Post Office Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank (Paypal)<br>Attn: Bankruptcy Department<br>Post Office Box 965061<br>Orlando, FL 32896-5061 | True Accord<br>c/o Inbox Loan<br>303 2nd Street Ste 750<br>San Francisco, CA 94107 |